IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REEF MOUNTAIN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1005-RGA |
| | ) |
| AT&T SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT AT&T SERVICES, INC.'S**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant AT&T Services, Inc. respectfully moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the complaint for failure to state a claim. The grounds for this motion are fully set forth in defendant's opening brief, filed herewith.

WHEREFORE, defendant AT&T Services, Inc. respectfully requests the Court grant this motion and enter the proposed order attached hereto.

|  |  |
|---|---|
|  | */s/ John W. Shaw* |
|  | John W. Shaw (No. 3362) |
|  | SHAW KELLER LLP |
|  | I.M. Pei Building |
|  | 1105 North Market Street, 12th Floor |
| OF COUNSEL: | Wilmington, DE 19801 |
| Douglas M. Kubehl | (302) 298-0700 |
| Jeffery S. Becker | *Attorneys for Defendant* |
| BAKER BOTTS LLP | |
| 2001 Ross Avenue | |
| Dallas, TX 75201 | |
| (214) 953-6500 | |

Dated: September 15, 2017