IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REEF MOUNTAIN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1005-RGA |
| | ) | |
| AT&T SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

At Wilmington this ____ day of _____, 2017, having considered defendant AT&T Services, Inc.'s Motion to Dismiss for Failure to State a Claim;

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED and Plaintiff's claims are dismissed with prejudice.

_____
United States District Judge