## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| REEF MOUNTAIN LLC, | |
| Plaintiff, | |
| v. | No. 1:17-cv-1005-RGA |
| AT&T SERVICES, INC., | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Reef Mountain LLC hereby files this Notice of Voluntary Dismissal of Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of the court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant filed a motion to dismiss on September 15, 2017 (D.I. 9), but it has not yet filed an Answer to the Complaint. Accordingly, Reef Mountain LLC voluntarily dismisses all claims of patent infringement with respect to U.S. Patent 8,239,481 against Defendant and its affiliates with prejudice pursuant to Rule 41(a)(1).

Dated:  November 14, 2017

Respectfully Submitted,

By: */s/ Timothy Devlin*

OF COUNSEL:
Peter J. Corcoran, III
CORCORAN IP LAW, PLLC
2019 Richmond Road, Suite 380
Texarkana, Texas 75503
Tel: (903) 701-2481
Fax: (844) 362-3291
peter@corcoranip.com

Timothy Devlin
Delaware Bar No. 4241
DEVLIN LAW FIRM LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

*Counsel for Plaintiff Reef Mountain LLC*